```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13985
   DONALD R SUTTON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5092


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was not confirmed.

     The case was dismissed without confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE SECURED VEHIC      7600.00            .00             .00
AMERICREDIT FINANCIAL SE UNSECURED           625.08            .00             .00
AMERICASH LOANS LLC      UNSECURED        NOT FILED            .00             .00
AMERICASH LOANS LLC      UNSECURED        NOT FILED            .00             .00
C&NW PROVISO CU          UNSECURED            280.02           .00             .00
CASH MART                UNSECURED            660.50           .00             .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED            .00             .00
PREMIER BANCARD CHARTER  UNSECURED            393.88           .00             .00
ILLINOIS SECRETARY OF ST NOTICE ONLY      NOT FILED            .00             .00
ILLINOIS STATE HIGHWAY A UNSECURED        NOT FILED            .00             .00
IRENE GANAS              UNSECURED        NOT FILED            .00             .00
IRISH PRAIRIE CONDO ASSO UNSECURED        NOT FILED            .00             .00
NICOR GAS                UNSECURED        NOT FILED            .00             .00
PROFFESSIONAL ACCOUNT MG UNSECURED        NOT FILED            .00             .00
C&NW PROVISO CU          SECURED NOT I         .00             .00             .00
*FELD & KORRUB           DEBTOR ATTY      3,324.00                             .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                                 --------------       --------------
TOTALS                                    .00                 .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13985 DONALD R SUTTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13985 DONALD R SUTTON